```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2018
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JUAN JUAREZ, et al.,

                         **Plaintiffs,**

          -against-

**SYS CHELSEA INC., et al.,**

                         **Defendants.**

-----------------------------------------------------------------X

**17-CV-2579 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

       In this Fair Labor Standards Act case, the parties appeared before the Court on February 28, 2018, for a settlement conference, at which they agreed to the terms of a settlement in principle. Counsel for the parties submitted their proposed settlement agreement on May 4, 2018. ECF No. 105. Having reviewed the proposed settlement, the Court determines that it is fair and reasonable. The settlement is approved, and this action is dismissed with prejudice.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     May 8, 2018
                New York, New York